**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Lincoln Enrique JURADO,**
**Defendant–Appellant.**

No. 06–51544
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 16, 2008.

Joseph H. Gay, Jr., Assistant US Attorney, US Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Rebecca Estrada, El Paso, TX, for Defendant–Appellant.

Before PRADO, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Lincoln Enrique Jurado has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Jurado has not filed a response, but he has requested the appointment of new counsel. Jurado's request for the appointment of new counsel is DENIED. *See United States v. Wagner*, 158 F.3d 901, 902–03 (5th Cir.1998). Our independent review of the record and counsel's brief

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.